IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR350 |
| vs. | ORDER |
| JOHN PARKS, | |
| Defendant. | |

This matter is before the court on defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE [17]. For good cause shown, I find that the motion should be granted. Pretrial Motions shall be filed by January 22, 2016.

IT IS ORDERED that the MOTION FOR EXTENSION OF TIME [17] is granted as follows:

1. The deadline for filing pretrial motions is extended to January 22, 2016.

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between December 23, 2015 and January 22, 2016, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Dated this 23rd day of December, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge